UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOTADA MOHMOUD DEIAR,

                    Petitioner,

        v.

MARKWAYNE MULLIN, et al.,,

                    Respondent.

CASE NO. C26-1388-BAT

**ORDER DIRECTING RESPONDENTS TO PROVIDE UPDATE ON EMBASSY INTERVIEW**

Respondents state "Petitioner is currently scheduled for an interview with the Sudanese Embassy on May 13, 2026." Dkt.5 at 5. As the outcome of this interview may affect whether Petitioner's removal is reasonably foreseeable, the Court ORDERS:

1.      Respondent shall file an update regarding the outcome of the May 13, 2026 interview and its impact on whether Petitioner's removal is reasonably foreseeable no later than **May 15, 2026**. Any traverse Petitioner wishes to file must be filed no later than **May 19, 2026.**

DATED this 12th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING RESPONDENTS TO
PROVIDE UPDATE ON EMBASSY
INTERVIEW - 1